# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-184-02 | MAGIS. NO: |
| V.<br><br>ROBERT EUGENE WRIGHT | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Debra Ann Hicks | **FILED**<br><br>OCT 0 2 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21:841(a)(1) and 841(b)(1)(A)(iii); and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/22/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/22/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/22/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10/2/06 | Stephenie K. Owens<br>Deputy U.S. Marshal | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:   Yes   No  X |