Case No. CR 06-184-02

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
Debra Ann Hicks
_Defendant's name_

▸ Defendant's phone no.

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [X]
**PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF** [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED**
**NOV 2 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

[ ] 1) **SUPERVISORY CUSTODY** You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000
Custodian's name
Custodian's address
SIGNATURE OF CUSTODIAN
Custodian's phone no. 220-5520

[X] 2) **YOU ARE TO REPORT** [X] 2x weekly (other-specify) [X] in person  **TO**  [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.
[ ] by phone     [ ] Your attorney, whose name and address is shown below.

[X] 3) **YOU ARE TO LIVE** [X] at _same as above_
[ ] with _____ name and relationship to defendant ____ phone no.
[ ] at _____ address    phone no. _____ being in at night by _____ P.M.

[ ] 4a) **YOU ARE TO WORK** [ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[ ] by maintaining your job as _____ Employer's name and address

[ ] 4b) **YOU ARE TO STUDY** [ ] by enrolling in school at _____ name and address
[ ] by maintaining your student status at _____ name and address

[X] 5) **YOU ARE TO STAY** [ ] away from the complaining witness.   [X] Within the D.C. area.

[X] 6) **NARCOTICS** The attached treatment contract dated 11/2/06, is incorporated here in. Def to refrain from illegal drug use.
[X] 7) **OTHER CONDITION** Court ordered to participate in the New Directions program. Report for orientation on Friday, 11/3/06 at 8:45am @ 633 Indiana Av. NW, New 9th Floor. Includes treatment + test.

[X] 8) **REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at _____

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** in Courtroom 25A at 12:30 PM on 11/30/06 or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** James Rudasill
717 D St NW    783-7908
address    phone no.

**DEFENDANT'S SIGNATURE** ▸ _[signature]_
**WITNESSED BY** _[signature]_ (title and agency) DC PSA

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date 11/2/06
**SO ORDERED**
_[Signature of Judge]_

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

__Debra Hicks__
Name

__CK06-000184-02__
Docket number

__485-458__
PDID number

## NEW DIRECTIONS INTENSIVE DRUG TREATMENT & SUPERVISION PROGRAM CONTRACT

I agree to enter the New Directions Program as a condition of my pretrial release. I will receive detoxification, early intervention, outpatient, intensive outpatient, short- and long-term residential/inpatient treatment and/or referrals to other agencies, as my substance abuse needs require. As a part of my treatment, I will submit to all random or scheduled drug testing.

On my scheduled drug testing day, I will report to ☒ 500 Indiana Avenue NW, Room # C-220, Drug Testing Compliance Unit (DTCU) or to ☐ 633 Indiana Avenue NW, Room # 981, DTCU Satellite Office, to submit my sample for testing. I must call __220-5510__ for my test results between the hours of 12:30 p.m. and 8:30 p.m. on the day of my drug test or before 10:00 a.m. on the morning following my test day. If I fail to appear for a drug test, test positive, fail to submit a sample, submit a liquid-loaded sample, submit a sample insufficient for testing, attempt to submit or submit a bogus sample, or fail to follow any Program requirement, I must contact the New Directions Program by 10:00 a.m. the next business day to receive notification and/or confirmation of the sanction for which I am eligible. I must be prepared to complete a sanction (e.g., attend a sanction group) on the day following my infraction unless I am directed to do otherwise by Program staff. If I fail to report for and complete any sanction, the New Directions Program will request a show cause hearing. At that show cause hearing, I will be represented by my attorney or, if he or she is not available, by an attorney appointed by the Court as a substitute.

In return for the benefits of the treatment, I agree to the following sanctions, if I am found to have violated any drug-testing requirement:

1st Infraction:             Reorientation
2nd Infraction:             2 Redirection Groups
3rd and Subsequent Infractions:   Enhanced Treatment or Discharge

In addition to or instead of the above responses, Program staff may refer me to more intensive treatment alternatives whenever clinically appropriate. If I attempt to submit or submit a bogus sample, a show cause hearing will be requested, at which time, the Court has the discretion to discharge me from the Program. In addition to not being promoted to the next phase of treatment for drug testing infractions, I will be sanctioned (administratively) for reporting/attendance violations. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, or absence from group therapy or any other treatment activity in order to progress through the Program's phases of treatment. I also agree to

1

attend additional group therapy sessions or to complete prescribed treatment activities to make up for my non-attendance. I agree to attend/complete those sessions/activities at a time different from my originally scheduled group session or treatment activity. In some circumstances, Program staff or the Court may require me to attend additional groups, self help meetings, detoxification, short- or long-term residential/inpatient treatment, or may refer me for further appropriate assessments and treatment.

If I fail to appear for a show cause hearing, a bench warrant will be issued for my arrest. I am also subject to additional penalties for failure to appear for any scheduled court appearance. I also understand that I must comply with all other court-ordered conditions of release while participating in drug treatment.

If I am in violation of any of my conditions of release, the Court may discharge me from the Program, and I may be held in contempt of court or my conditions of release may be revoked. My conditions of release are a court order, not just a contract. Violations of the law or violations of my conditions of release subject me to penalties under the D.C. Code.

I have discussed the New Directions Program and other legal options available to me with a Pretrial Services Agency representative and with my attorney, and I willingly agree to enter the Program.

_____   11/2/06
Defendant's Signature         Date

_____   11/2/06
Defense Counsel's Signature   Date

_____   11/2/06
Program Representative's Signature   Date