UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** }<br>}<br>v.   }<br>}<br>(Robert Eugene Wright - 01)   }<br>**DEBRA ANN HICKS**   }<br>    **Defendant No. 02**   }<br>_____} | Crim No. 06-0184-02 (EGS) |

## NOTICE OF APPEARANCE

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel pursuant to the Criminal Justice Act, Title 18 U.S.C. Section 3006A for defendant, Debra Ann Hicks, *nunc pro tunc,* on October 2, 2006.

           Respectfully submitted,

           _____
           James W. Rudasill, Jr #318113
           717 D Street, N.W.
           Suite 310
           Washington, D.C. 20004
           (202) 783-7908

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by ECF electronic mail on William J. O'Malley, Esq., Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

           _____
           James W. Rudasill, Jr.