UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 06-184 (EGS) |
| | : | |
| v. | : | |
| | : | |
| DEBORAH HICKS, | : | VIOLATION: 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled |
| Defendant. | : | Substance) |

### I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

On or about April 28, 2004, within the District of Columbia, **DEBORAH HICKS**, did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Sections 844(a))

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By: _____
AARON MENDELSOHN
Assistant United States Attorney
United States Attorneys Office
D.C. Bar 467-570
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519