UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
      Plaintiff,

Criminal No. 06-184-2(EGS)

DEBRA ANN HICKS
      Defendant

## WAIVER OF INDICTMENT

I, DEBRA ANN HICKS ~~~~ the above named defendant, who is accused

of _____

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Deborah Hicks_
Defendant

_/s/ James Rudasill_
Counsel for Defendant

Before _/s/_
      Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment