UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 06-184 (EGS) |
| | : | |
| v. | : | Plea Hearing: March 6, 2007 |
| | : | |
| DEBORAH HICKS, | : | VIOLATION: 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled |
| Defendant. | : | Substance) |

## STATEMENT OF OFFENSE

The United States and Defendant DEBORAH HICKS agree and stipulate as follows:

On April 28, 2004, at approximately 6:15 p.m., at 2503 Rhode Island Avenue, N.E., Washington, D.C., Defendant DEBORAH HICKS was inside of her residence at the above location when co-defendant ROBERT WRIGHT entered her residence. Co-defendant Wright had earlier met and had a discussion with a confidential informant (CI) working with agents from the Drug Enforcement Administration (DEA) about the purchase of crack cocaine. The CI had given co-defendant Wright $2000 in U.S. Currency, after which co-defendant Wright had removed an object from the trunk of his car and walked into the residence of Defendant Hicks with that object.

After approximately ten minutes, the CI walked over to Defendant Hick's residence and began to call out to Defendant Hicks [co-defendant Wright]. Defendant Hicks walked outside of her residence and spoke briefly with the CI. Defendant Hicks then re-entered her residence and came back outside with a brown paper bag, which she handed to the CI. The CI looked inside of the bag and saw that it contained a plastic bag with a large amount of crack cocaine, which had just been cooked-up and was still warm and soft to the touch.

Defendant Hicks told the CI that co-defendant Wright would soon be coming outside of her residence. The CI waited outside of Defendant Hick's residence until co-defendant Wright came

outside. The CI asked co-defendant Wright if it was "straight," and co-defendant Wright responded that he had given the CI an extra "seven grams over." The CI then left the area with the DEA agents.

The DEA conducted forensic analysis of the cocaine base distributed to the CI by Defendant Hicks and co-defendant Wright and confirmed the presence of cocaine base, also known as crack, which is smokeable or capable of being smoked, with a net weight of 60.2 grams and a concentration of 56%.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            for the District of Columbia

By:         /s/                  
        AARON H. MENDELSOHN
        Assistant United States Attorney
        Bar No. 467-570
        Federal Major Crimes Section
        555 4th Street, N.W. (Room 4239)
        Washington, D.C. 20530
        (202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, James Rudasill, I agree and stipulate to this Statement of Offense.

Date: 3-6-07        _____
                    Deborah Hicks
                    Defendant

I have discussed this Statement of the Offense with my client, Deborah Hicks. I concur with her decision to stipulate to this Statement of Offense.

Date: 3-6-07        _____
                    James Rudasill, Esq.
                    Counsel for Defendant