UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-184-02 (EGS) |
| | ) |
| (Robert Wright -01) | ) |
| DEBRA HICKS -02 | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Defendant, Deborah Anne Hicks, also know as "Debra Hicks", by and through the undersigned attorney, respectfully requests that the Court modify her present conditions of pretrial release to permit him to travel beyond a fifty mile radius of the Washington, D.C. Metropolitan Area in order to attend her grandson's (Tysir Hicks) second birthday celebration in metropolitan Philadelphia, Pennsylvania on Sunday March 25, 2007.

1. On March 6, 2007, Ms. Hicks pleaded guilty before this Court to a superceding information in which she was charged with misdemeanor possession of crack cocaine in violation of Title 21 U.S.C. Sec. 844(a). After acceptance of the guilty plea, he Court grant the defendant's request that she remain at liberty on personal recognizance, conditioned upon completion of the New Directions Intensive Drug Treatment and Supervision Program as directed by the Pretrial Services Agency. The Court also imposed the standard condition that Ms. Hicks's not travel beyond a 50-mile radius of the District of Columbia without permission of the Court. The Court set a further Status Hearing in the case on August 14, 2007.

2. As directed by the Court, on March 22, 2007, Ms. Hicks and counsel, reported to U.S. Probation Officer Cathie McGill, and the defendant was interviewed in preparation of the Pre-Sentence Investigation Report. Ms. Hicks has had no violations of her release condition January 3,

2007 (positive urinalysis - cocaine) and was schedule to graduate from Phase-III of the New Directions Intensive Drug Treatment and Supervision Program on March 22, 2007.

    3. Master Tysir Hicks, is the defendant's only grandchild with whom Deborah Hicks shares a very close relationship.   The grandchild recently relocated out of the area with his mother LaToya Jeffries,  to 1563 Noblet Avenue, Sharon Hills, Pennsylvania, 19079.  The telephone number at this address is  ( 484) - 494-1711. For this reason, Ms. Hicks hereby requests a Three-day modification of her travel restrictions to permit her to travel outside a 50-mile radius of the District of Columbia on the itinerary described below:

> **Depart on Friday, March 23, 2007 and Return on Monday, March 26, 2007:**
> **Travel by P.O.V. from 2503 Rhode Island Avenue, NE, Washington D.C.,**
> **to 1563 Noblet Avenue, Sharon Hills, Pennsylvania, 19079, and return.**

    Ms. Hicks will be accessible via her cellular telephone (202-436-6947) at all times during his travel outside of the Washington, D.C., Metropolitan Area and will report to the Pretrial Services Agency by telephone, as otherwise required by her current release order .

Counsel for defendant has discussed this bond modification request with Assistant U.S. Attorney Aaron Mendelsohn, government counsel, and he has expressed  that to the extent that Ms. Hicks is otherwise, in full compliance with her release conditions, the United States has no opposition to defendant's request for a temporary modification of the travel restrictions imposed upon the defendant by Court's pretrial release order  for the limited purposes stated above.

    WHEREFORE, defendant moves the Court to grant her the requested relief.

                              Respectfully submitted,

                              James W. Rudasill Jr. #31811
                              Counsel for Deborah Hicks
                              717 D Street,  N.W. Ste. 310
                              Washington, D.C., 20004

\

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing Motion for Modification of Pretrial Release was served by mail to electronic mail, CM-ECF system, to Aaron Mendelsohn, Assistant U.S. Attorney, Federal Major Crimes Section, Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W , Washington, D.C., 20530 on this 23 day of March, 2007..

_____
James W. Rudasill, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Crim. No. 06-184-02 (EGS)** |
| | ) |
| **(Robert Wright -01)** | ) |
| **DEBRA HICKS -02** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

In consideration of the defendant's Motion for Modification of Release Conditions to permit limited travel outside the District of Columbia during the period of March 23, 2007, through March 26, 2007 in order to attend the celebration of her grandson' second birthday in Sharon Hills, Pennslyvania, and in consideration of the fact that Government's attorneys have expressed that the United States has no opposition to this request, and it further appearing to the Court's that the Government will not be prejudice by the granting of such relief, it is hereby

**ORDERED**, the Court's the Conditional Release Order issued on March 23, 2007 is **MODIFIED to permit the DEFENDANT to travel to Sharon Hills, Pennsylvania on March 23, 2007 and return to Washington D.C. not later than 9:00 p.m. on Monday, March 26, 2007. No other condition or requirement of the Court's Pretrial Release Order securing the defendant's release in this case is affected by this Order.**

    SO ORDERED.                              _____
                                                         **EMMET G. SULLIVAN**
                                                         United States District Judge

cc: James W. Rudasill, Jr., Esq.
Aaron Mendelsohn
Assistant U.S. Attorney

Pretrial Services Agency
US District Court Supervision
attn: Ms. Onsurez-Pannell