UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-184-02 (EGS) |
| ) | |
| DEBRA HICKS, ) | **FILED** |
| ) | |
| Defendant. ) | MAR 2 3 2007 |
| ) | |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's Motion for Modification of Release Conditions to permit travel outside the District of Columbia during the period of March 23, 2007, through March 26, 2007, it is hereby

**ORDERED** that the motion is **DENIED** because defendant is not in full compliance with other release conditions at this time; and it is

**FURTHER ORDERED** that a status hearing is scheduled for Tuesday, March 27, 2007 at 9:00 a.m.

Signed:   Emmet G. Sullivan
          United States District Judge
          March 23, 2007