UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 06-184 (EGS)
Debra Hicks )
)
)
Defendant. )
)

**FILED**
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service, and the Department of Corrections are directed to house Debra Hicks _____ at Central Treatment Facility until further Order of this Court.

3/27/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE