UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 06-184-02 (EGS) |
| | ) |
| (Robert Wright -01) | ) |
| DEBRA HICKS -02 | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Defendant, Deborah Anne Hicks, also know as "Debra Hicks", by and through the undersigned attorney, respectfully requests that the Court modify her present conditions of pretrial release to permit her to travel beyond a fifty mile radius of the Washington, D.C. Metropolitan Area in order to attend a birthday celebration for her son (Rakhim Hicks, D.O.B. 08/12/97) at the Kings Dominion Amusement Park in Doswell, Virginia on August 18 and 19, 2007.

1. On March 6, 2007, Ms. Hicks pleaded guilty before this Court to a superceding information in which she was charged with misdemeanor possession of crack cocaine in violation of Title 21 U.S.C. Sec. 844(a). After acceptance of the guilty plea, the Court granted the defendant's request that she remain at liberty on personal recognizance, conditioned upon completion of the New Directions Intensive Drug Treatment and Supervision Program as directed by the Pretrial Services Agency. The Court also imposed the standard condition that Ms. Hicks's not travel beyond a 50-mile radius of the District of Columbia without permission of the Court.

2. On March 27, 2007, the Court found Ms. Hicks in violation of her conditions of pre-trial release (three positive drug test (cocaine) and unauthorized travel) and the defendant was ordered detained without bond until re-released on personal recognizance on April 23, 2007. The Court set

a further Status Hearing in this case for August 14, 2007, which it recently, *sua sponte,* continued to September 5, 2007.

    3. On July 24, 2007, Ms. Hicks underwent surgery at the Washington Hospital Center for the removal of a tumor/cyst from the right upper back. To alleviate post-operative pain, Ms. Hicks was given a prescription for HYDROCODONE-APAP -500 mg, by Dr. Abdul Ahad (202)877-6907). Ms. Hicks was given a one-week supply of this medication. She was informed by her doctor that use of this prescription medication which produces a false positive for opiates in any Court ordered drug testing for approximately 10 days.

    4. Ms. Hicks has reviewed with counsel the Pre-sentence Investigation Report in this case. As a result of her guilty plea, she faces a maximum statutory penalty of one year imprisonment for her misdemeanor conviction for possession of cocaine base pursuant to 21 U.S.C. Sec. 844(a). Ms. Hicks advisory sentencing guidelines range at Criminal History Category-I, Offense Level 6 = zero to 6 months. [**See, PSI Report dated July 9, 2007 at pg. 12, paragraph 53, 54**.] Ms. Hicks Sentencing Guidelines range permits the Court to impose a term of probation of up to five years. [**PSI Report, pg. 12, paragraph 59.**] Ms. Hicks has come to understand, prompted largely by her most recent period of incarceration, that the Court **will exercise** its discretion to impose a sentence of incarceration, up to the statutory maximum of one year, if she fail to fully comply with each and every condition of her pretrial supervision.

    5. For the above stated reasons, Ms. Hicks hereby requests a two-day modification of conditions of pretrial release in order to permit her to travel outside a 50-mile radius of the District of Columbia on the itinerary described below:

> <u>**Depart on Saturday, August 18, 2007 and return on Sunday, August 19, 2007:**</u>
> **Travel by P.O.V. from 2503 Rhode Island Avenue, NE, Washington D.C., to Paramount's Kings Dominion, 16000 Theme Park Way, Doswell, Virginia and return (approximately 80 miles from Washington D.C.)**

      6. Ms. Hicks will be accessible via her cellular telephone (202-436-6947) at all times during his travel outside of the Washington, D.C., Metropolitan Area and will report to the Pretrial Services Agency by telephone, as otherwise required by her current release order .

      7. Counsel for defendant has discussed this bond modification request with Assistant U.S. Attorney Aaron Mendelsohn, government counsel, and he has expressed that to the extent that Ms. Hicks is otherwise, in full compliance with her release conditions, the United States has no opposition to defendant's request for a temporary modification of the travel restrictions imposed upon the defendant by Court's pretrial release order for the limited purposes stated above.

      WHEREFORE, defendant moves the Court to grant her the requested relief.

      Respectfully submitted,
      /s/
      James W. Rudasill Jr. #31811
      Counsel for Deborah Hicks
      717 D Street, NW, Ste. 310
      Washington, D.C., 20004

\

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Modification of Pretrial Release was served by mail to electronic mail, CM-ECF system, to Aaron Mendelsohn, Assistant U.S. Attorney, Federal Major Crimes Section, Office of the United States Attorney for the District of Columbia, 555 Fourth Street, NW , Washington, D.C., 20530 on this 26th day of July, 2007..

      _____/s/_____
      James W. Rudasill, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Crim. No. 06-184-02 (EGS) |
| | ) |
| **(Robert Wright -01)** | ) |
| **DEBRA HICKS -02** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

In consideration of the defendant's Motion for Modification of Release Conditions to permit travel outside the District of Columbia during the period of August 18, 2007, through August 19, 2007, and in consideration of the fact that the the United States has no opposition to this request, and as it further appears to the Court's satisfaction that Ms. Hicks is otherwise in full compliance with her conditions of pretrial release, it is hereby

**ORDERED**, the Court's the Conditional Release Order issued on April 23, 2007, is **MODIFIED** to permit the Ms. Debra Hicks to travel outside of the District of Columbia in order to attend the celebration of her son's 10th birthday at Paramount's Kings Dominion, 16000 Theme Park Way, Doswell, Virginia, on August 18 and 19, 2007. **No other condition or requirement of the Court's Pretrial Release Order securing the defendant's release in this case is otherwise affected by this Order.**

SO ORDERED.                             _____
                                        **EMMET G. SULLIVAN**
                                        United States District Judge

cc: James W. Rudasill, Jr., Esq.
Aaron Mendelsohn
Assistant U.S. Attorney

Pretrial Services Agency
US District Court Supervision
attn: Ms. Onsurez-Pannell