UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-184-02 (EGS) |
| ) | |
| DEBRA HICKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's Motion for Modification of Conditions of Release to permit travel outside the District of Columbia during the period of August 18, 2007 through August 19, 2007, and in consideration of the fact that the United States has no opposition to this request, and as it further appears to the Court's satisfaction that Ms. Hicks is otherwise in full compliance with her conditions of pretrial release, it is hereby

**ORDERED** that defendant's Motion for Modification of Conditions of Release is **GRANTED**; and it is

**FURTHER ORDERED** that the Court's April 24, 2007 Order Setting Conditions of Release is **MODIFIED** to permit Debra Hicks to travel outside of the District of Columbia in order to attend the celebration of her son's 10th birthday at Paramount's Kings Dominion, 16000 Theme Park Way, Doswell, Virginia, on August 18 and 19, 2007. No other condition or requirement of the Court's Order Setting Conditions of Release in this case is otherwise affected by this Order.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            July 30, 2007**

Notice to:

James W. Rudasill, Jr., Esq.
Aaron Mendelsohn, Assistant U.S. Attorney
Pretrial Services Agency - attn: Sharon Smith