**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-184-02</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| HICKS, Deborah | : | Disclosure Date: <u>July 9, 2007</u> |

**FILED**

**FEB 2 0 2008**

<u>RECEIPT AND ACKNOWLEDGMENT OF</u>
<u>PRESENTENCE INVESTIGATION REPORT</u>

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Aaron Mendelsohn_                                    _7-11-07_
Prosecuting Attorney                                    Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____        _____        _____
Defendant                          Date          Defense Counsel          Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 23, 2007</u>, to U.S. Probation Officer <u>Kathie McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
       United States Probation Officer

Case 1:06-cr-00184-EGS    Document 54    Filed 02/20/2008    Page 2 of 2    202 514 6010    P.003

**Receipt and Acknowledgment**                                        **Page 2**

THE GOVERNMENT CONCURS WITH THE OFFENSE LEVEL COMPUTATION OF THE UNITED STATES PROBATION OFFICER. THUS, PURSUANT TO USSG SECTION 3E1.1, AND DESPITE PARAGRAPH SIX OF THE EXECUTED PLEA AGREEMENT BETWEEN THE PARTIES, THE DEFENDANT ONLY QUALIFIES FOR A TWO-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY BECAUSE HER BASE OFFENSE LEVEL IS LESS THAN SIXTEEN.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____7-11-07_____