**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-184-02</u> |
| | : | |
| vs. | : | SSN |
| | : | |
| HICKS, Deborah | : | Disclosure Date: <u>July 9, 2007</u> |

2007 JUL 27 P 3: 54

**FILED**
FEB 20 20__
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                                      **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Deborah A. Hicks* 7-26-07              *[signature]* 7-26-07
**Defendant           Date**                    **Defense Counsel      Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 23, 2007</u>, to U.S. Probation Officer **Kathie McGill**, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                   Page 2

Page 8 Paragraph - references to Ms. Harris should be corrected to reflect defendant's current name: i.e. "Ms. Hicks"

Page 9. Paragraph 39 - again erroneously refers to "Ms. Harris" and not "Ms. Hicks"

Page 9: Paragraph 43 - Ms. Hicks was detained for a period of 27 days for violations of court-ordered drug testing requirements between March 27, 2007 and April 23, 2007.

Page 11 Paragraph 19 - Ms. Hicks no longer owns a 1985 Ford Bronco.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____