UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.                                                Criminal No. 06-184-2

DEBORAH HICKS
    Defendant.
_____/

### ORDER

The Court hereby vacates the DNA requirement on this defendant with all other special conditions remaining in effect as ordered on February 20, 2008.

6/7/08
_____
DATE:

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE